IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INDIANAPOLIS CAR EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAR SOURCE USA, INC., <br> TRACIE OBEID, and MAHER OBEID, <br><br> Defendants. | Case Number: 1:13-cv-01586 <br><br> Judge: Milton I. Shadur |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This mater having come before the Court on the *Stipulation of Dismissal Without Prejudice* filed by Plaintiff, Indianapolis Car Exchange, Inc. ("ICE"), and Defendants, Car Source USA, Inc., Tracie Obeid, and Maher Obeid (collectively, "Defendants"), each by their respective counsel; and,

The Court, having reviewed and considered the same, now approves the parties' stipulation and finds that the Plaintiff's Complaint against the Defendants, should be and hereby is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 30, 2013

_____
United States District Court Judge